# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1235
LT Case No. 2008-CF-1683-A

_____

ROBERT WILLIAM JARDIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

October 10, 2023


PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____